Motion by New York State Sheriffs' Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANSELMO SOTO, JR., Appellant, v PAUL M. GONYEA, Respondent.

Decided October 10, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no appeal lies from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5601). Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANSELMO SOTO, JR., Appellant, v PAUL M. GONYEA, Respondent.

Submitted September 9, 2013; decided October 10, 2013

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602).

In the Matter of STATE OF NEW YORK, Respondent, v DONALD DD., Appellant.

Submitted October 7, 2013; decided October 10, 2013

Motion for poor person relief granted.

LUISA V. TORRES, Appellant, v LOUZOUN ENTERPRISES, INC., Doing Business as QUEENSBORO TOYOTA, Respondent.

Decided October 10, 2013

Appeal, insofar as taken from that part of the Appellate Division order that affirmed Supreme Court's order dismissing the complaint, dismissed, without costs, by the Court of Appeals,